UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Zuniga Cement Construction, Inc., et al**

Plaintiffs,

v.

**Kristi L. Noem et al,**

Defendants.

**No. 1:25-cv-12716-JDH**

## ORDER OF DISMISSAL

**HEDGES, M.J**

In accordance with the Court's Memorandum and Order entered July 27, 2026, [Doc. No. 27], it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

**DATE:** July 27, 2026

By the Court,

/s/ Erika Gutierrez
Deputy Clerk